**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| WOLF RUN HOLLOW, LLC., <br><br>  PLAINTIFF, <br><br> v. <br><br> ONLINE RESOURCES CORP., <br><br>  DEFENDANT. | Case No. 2:12-cv-00977-GW-AGRx <br><br> **ORDER ON STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** <br><br> JS-6 |

The Court having received the Parties' Stipulation of Dismissal of Action With Prejudice, it is ORDERED, ADJUDGED and DECREED that this action is DISMISSED WITH PREJUDICE, with costs of this action TAXED AS PAID.

DONE this 23rd day of January, 2013.

*/s/ George H. Wu*

HON. GEORGE H. WU
United States District Judge